IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD LOEBACH, | |
| Plaintiff, | **8:25CV646** |
| vs. | |
| SAPP BROS., INC., | **ORDER** |
| Defendant. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 26th day of November, 2025.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge

1